|   |   |
|---|---|
| United States of America, | 08.7334m |
| Plaintiff, | **MATERIAL WITNESS ORDER** |
| vs. | |
| Angel Arturo Avendano-Castro, et al., | |
| Defendant. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Defendant(s) Angel Arturo Avendano-Castro and Adalberto Montenegro-Enriquez, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Court having determined from the affidavit of Alfredo Wall filed in this case, the following person(s) can provide testimony that is material to the offense(s) alleged in the complaint, information, indictment:

Ruben Cruz-De Leon

Francisco Javier Cruz-Cortez

The Court finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or

serving sentences or being held in custody pending appeal. The witness(es) shall be afforded a reasonable opportunity for private consultation with counsel.

DATED this 29th day of August, 2008.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge